IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CLAYTON,** | ) | CASE NO. 8:09CV334 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **MEMORANDUM** |
| **JOSEPH BAUDLER, #1203, and** | ) | **AND ORDER** |
| **KALON FANCHER, # 1839,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion. On September 23, 2009, the Clerk of the court sent an Order and Notice to Plaintiff at his last known address. (Filing Nos. 2 and 3.) On September 25, 2009, those documents were returned to the court as undeliverable, and no forwarding information was provided. (Filing No. 5.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until November 19, 2009, to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: November 23, 2009: deadline for informing court of new address.

DATED this 19th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge